IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RICHARD D. MYERS, Trustee of the Floors & More, Inc. Chapter 7 Bankruptcy Estate,** | ) ) ) ) | **CASE NO. 8:07CV465** |
| **Plaintiff,** | ) ) | **ORDER** |
| v. | ) ) | |
| **WALSH CONSTRUCTION COMPANY,** | ) ) ) | |
| **Defendant.** | | |

The matter before the Court is the Defendant's Motion for Extension of Time to Reply to Trustee's Resistance and Brief in Opposition to the Defendant's Motion to Dismiss or in the Alternative to Transfer (Filing No. 35). The Defendant's response is currently due on March 7, 2008, and it seeks an order extending that date to March 12, 2008. The Defendant represents that the Plaintiff has no objection to the extension of time. I find that the Defendant's motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for Extension of Time to Respond to Trustee's Resistance and Brief in Opposition to the Defendant's Motion to Dismiss or in the Alternative to Transfer (Filing No. 35) is granted; and

2. The Defendant's response shall be filed on or before March 12, 2008.

DATED this 4th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge