# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD D. MYERS, Chapter 7 Trustee For Floors & More,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**WALSH CONSTRUCTION COMPANY,**  )<br>)<br>**Defendant.**  ) | CASE NO. 8:07CV465<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

This matter comes before the Court on the parties' joint Stipulation for Dismissal with Prejudice (Filing No 44). The Court, being fully advised in the premises, finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1. The joint Stipulation for Dismissal (Filing No. 44) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice;

3. The Defendant's Motion to Dismiss or in the Alternative to Transfer (Filing No. 31) is dismissed as moot; and

4. The parties will pay their own costs.

DATED this 26th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge